# ELECTRONIC RECORD

**787-15**

COA #    05-13-01578-CR                OFFENSE:   21.1

STYLE:   Jose Miguel Garcia v. The State of Texas         COUNTY:   Dallas

COA DISPOSITION:    AFFIRM          TRIAL COURT:   Criminal District Court No. 2

DATE: 05/29/2015          Publish: NO   TC CASE #:   F-12-35086-I

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jose Miguel Garcia v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____Refused_____

DATE: _Nov. 4, 2015_

JUDGE: _pc_

CCA #:   **787-15**

CCA Disposition: _____

DATE:   _____

JUDGE:   _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**